IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01339–EWN–CBS

NORGREN, INC.,

    Plaintiff,

v.

NOOK INDUSTRIES INC.,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter is before the court on the "Unoppose [sic] Motion to Dismiss with Prejudice" filed November 17, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

    **ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

    DATED this 21st day of November, 2006.

                                                  BY THE COURT:

                                                  s/ Edward W. Nottingham
                                                  EDWARD W. NOTTINGHAM
                                                  United States District Judge